IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

JEFFEERY LAMAR CRAWFORD                                               PETITIONER
REG # 35243-044

v.                          Case No. 2:12CV00242 KGB-HDY

UNITED STATES OF AMERICA, et al.                                      RESPONDENTS

## ORDER

The Court has reviewed the Proposed Findings and Recommendations submitted by United States Magistrate Judge H. David Young (Dkt. No. 8). After reviewing the record *de novo*, the Court finds that plaintiff Jeffery Lamar Crawford has paid the filing fee to initiate this habeas corpus proceeding. Accordingly, the Court declines to adopt the Proposed Findings and Recommendations (Dkt. No. 8). Because the Court has declined to adopt the Proposed Findings and Recommendations, Mr. Crawford's motion for reconsideration (Dkt. No. 10) and his petition for a writ of mandamus (Dkt. No. 14) are denied as moot. Mr. Crawford's motion to appoint counsel remains pending (Dkt. No. 13). This matter is referred to Judge Young for further proceedings consistent with this order.

SO ORDERED this the 30th day of May, 2013.

_____
Kristine G. Baker
United States District Judge