IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**JEFFERY LAMAR CRAWFORD**                                    **PETITIONER**
Reg. #35243-044

v.                        No.  2:12CV00242 KGB/BD

**ANTHONY HAYNES, Warden,**
**Federal Correctional Complex,**
**Forrest City, Arkansas**                                                   **RESPONDENT**

## ORDER

The Court has received a Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere (Dkt. No. 23).  The parties have not filed any objections.  After careful review of the Recommendation, the Court concludes that it should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Petitioner Jeffery Lamar Crawford's petition for writ of habeas corpus is dismissed without prejudice (Dkt. No. 2).

SO ORDERED this the 28th day of January, 2014.

_____
Kristine G. Baker
United States District Judge